IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| JUAN SANCHEZ, | § |
| Plaintiff, | § § |
| v. | § § |
| EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC, | § § § |
| Defendant. | |

Case No. 3:20-CV-00188

## ATTACHMENT TO THE CIVIL COVER SHEET

**COUNSEL FOR PLAINTIFF**
Carla L. Sanchez-Adams
csanchez@trla.org
Texas Rio Grande Legal Aid, Inc.
4920 N. IH 35
Austin, TX 78751
(512) 374-2763
(512) 447-3940 Fax
and
Stephanie James
sjames@trla.org
Texas Rio Grande Legal Aid, Inc.
1331 Texas Ave.
El Paso, TX 79901
(915) 585-5145
(915) 544-3789 Fax

**COUNSEL FOR TRANS UNION LLC**
Lauren Wood
lwood@qslwm.com
Texas State Bar No. 24071186
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5444
(214) 871-2111 Fax

**COUNSEL FOR EQUIFAX INFORMATION SERVICES, LLC**
Forrest M. "Teo" Seger III
Texas Bar No. 24070587
teo.seger@clarkhillstrasburger.com
CLARK HILL STRASBURGER
2301 Broadway St.
San Antonio, Texas 78215-1157
(210) 250-6000
(210) 250-6100 Fax

**COUNSEL FOR EXPERIAN INFORMATION SOLUTIONS, INC.**
David S. Smith
Texas Bar No. 24117073
dssmith@jonesday.com
JONES DAY
717 Texas Ave, Suite 3300
Houston, TX 77002
(832) 239-3939
(832) 239-3600 Fax

4256583.1